IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

MILBANK INSURANCE COMPANY,
as Subrogee of Robert and Brenda Lyke,

    Plaintiffs,

v.

GREE USA, INC.

- and -

MJC AMERICA, LTD.

- and –

GREE ELECTRIC APPLIANCES, INC.
OF ZHUHAI

- and

HONG KONG GREE ELECTRIC
APPLIANCE SALES, LTD.

    Defendants.

Case No.: 4:21-cv-4180

---

## **STIPULATION FOR AMENDMENT OF COMPLAINT**

Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree that Plaintiff may file an Amended Complaint in the form attached hereto as Exhibit "A".

SO ORDERED:

JOHNSON JANKOW
ABDALLAH & REITER, LLP

BY:/s/ *Shannon R. Falon*
Steven M. Johnson, Esquire
Shannon R. Falon, Esquire
101 S. Main Avenue, Ste. 100
Security National Centre
Sioux Falls, SD  57104
(605) 338-4304

HEIDMAN LAW FIRM, P.L.L.C

BY: _/s/ Jessica Board_
Jessica A. Board, SD NO. 5119
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, Iowa 51102
(712) 255-8838
(712) 258-6714 FAX
Jessica.Board@heidmanlaw.com

LEGAL\58404675\2